Commonwealth *v.* Haywood, Appellant.

Submitted June 14, 1971. *Morton B. Weinstein,* and *Weinstein and Factor,* for appellant; *J. Bruce McKissock* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Hirsch, Appellant.

Submitted June 14, 1971. *Richard J. Haber,* and *Haber & Corriere,* for appellant; *Allan B. Goodman,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.